IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02425-GPG

REGINALD L. SHUMPERT,

    Plaintiff,

v.

UNITED STATES OF AMERICA, Federal Bureau of Prisons,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Reginald L. Shumpert, is in the custody of the Federal Bureau of Prisons at the United States Penitentiary in Florence, Colorado. Mr. Shumpert initiated this action *pro se* on September 19, 2022, by filing a "Prisoner Complaint" (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3).

    On September 21, 2022, Magistrate Judge Gordon P. Gallagher entered an order (ECF No. 4) directing Mr. Shumpert to cure a filing deficiency. Specifically, Mr. Shumpert was instructed to submit a certified copy of his inmate account statement showing account activity for the six months preceding his filing. (*Id.*). Magistrate Judge Gallagher also noted that Mr. Shumpert is subject to the filing restrictions set forth in 28 U.S.C. § 1915(g), and warned him that the action would be dismissed without further notice if he failed to cure the designated deficiency within thirty days. (*Id.*).

    Mr. Shumpert has now failed to cure the deficiency within the time allowed.

Therefore, the action will be dismissed without prejudice for Plaintiff's failure to comply with the September 21 Order and failure to prosecute.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal, he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure to Plaintiff, Reginald L. Shumpert, to comply with a court order and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.  It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3) is denied.

DATED October 31, 2022, at Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court